# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

| | |
|---|---|
| JOHN A. AIKENS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV410-245 |
| | ) |
| CHRISTOPHER R. REED, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **REPORT AND RECOMMENDATION**

In its prior order the Court directed *pro se* plaintiff John A. Aikens to either pay the Court's $350 filing fee or supplement his in *forma pauperis* (IFP) with an additional writing, signed under penalty of perjury, addressing the Court's concerns about his claimed IFP status. Doc. 4 at 2. The Court also directed him to provide the docket caption, court name, and case number of any and all criminal prosecutions that may be pending or have been concluded against him. *Id.*

Aikens has failed to comply. Accordingly, his case should be **DISMISSED WITH PREJUDICE** for disobeying a Court Order. Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31

(1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this  27th  day of January, 2011.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA